Certificate Number: 12433-PAE-DE-032028362

Bankruptcy Case Number: 14-12442



12433-PAE-DE-032028362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2018, at 11:23 o'clock AM EST, Edward J. Mcnamee, III completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 13, 2018          By:    /s/Candace Jones

Name:  Candace Jones

Title:   Counselor